IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 18-536-RGA<br>) |
| FRONTIER COMMUNICATIONS CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |
| FRONTIER COMMUNICATIONS CORPORATION, | )<br>)<br>) |
| Counterclaim Plaintiff, | )<br>) |
| v. | )<br>) |
| SPRINT COMMUNICATIONS COMPANY L.P. and SPRINT CORPORATION, | )<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

## ORDER

At Wilmington, this _26_ day of _September_____, 2018, having considered the unopposed motion of proposed intervenor Dialpad, Inc., IT IS ORDERED that:

1. Dialpad, Inc.'s motion to intervene is granted; and

2. Dialpad shall file its complaint in intervention within five days of this order.

_____
United States District Judge